CLARA RUSKOWSKI, Appellant, v. SCHENECTADY TRUST FUND COMPANY, as Executor of JULIUS C. BORDEN, Deceased, Respondent.— REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.